UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:

JEFFREY D. BIANCHI,

    Plaintiff,

v.

LAW OFFICES OF ANDREU, PALMA & ANDREU, P.L.,
AND CACH, LLC,

    Defendants.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant, LAW OFFICES OF ANDREU, PALMA & ANDREU, P.L., placed telephone calls into this District on behalf of Defendant, CACH, LLC.

## PARTIES

3. Plaintiff, JEFFREY D. BIANCHI, is a natural person and citizen of the State of Florida who resides in Broward County, Florida.

4. Defendant, LAW OFFICES OF ANDREU, PALMA & ANDREU, P.L., ("ANDREU"), is a limited liability company and citizen of the State of Florida with its principal place of business at Suite 900, 701 SW 27th Avenue, Miami, Florida 33135.

5. Defendant, CACH, LLC, ("CACH") is a limited liability company and citizen of the State of Colorado with its principal place of business at 2nd Floor, 4340 South Monaco Street, Denver, Colorado 80237.

## FACTUAL ALLEGATIONS

6. Defendant sought to collect from Plaintiff an alleged debt arising from transactions engaged in for personal, family or household purposes.

7. Plaintiff defaulted on the alleged debt some time ago.

8. After the alleged debt went into default, the original creditor sold the alleged debt.

9. Defendant, CACH, purchased the alleged debt from the original creditor or a subsequent holder.

10. Defendant, CACH, assigned the debt for collection to Defendant, ANDREU, who in turn sought to collect the alleged debt from Plaintiff.

11. Defendant, CACH, regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

12. Defendant, ANDREU, regularly uses the mail and telephone in a business, the principal purpose of which is the collection of debts.

13. Defendant, ANDREU, regularly collects or attempts to collect debts for other parties.

14. Defendant, CACH, is a "debt collector" as defined in the FDCPA.

15. Defendant, ANDREU, is a "debt collector" as defined in the FDCPA.

16. At all times material to the allegations of this complaint, Defendant, CACH, was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

17. At all times material to the allegations of this complaint, Defendant, ANDREU, was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

18. Defendant, CACH, authorized Defendant, ANDREU, to collect the alleged debt from Plaintiff by placing telephone calls and sending letters on its behalf to Plaintiff.

19. ANDREU, sent letters and placed telephone calls to Plaintiff in an effort to collect the alleged debt on behalf of CACH.

20. Defendant, CACH, conveyed information to Plaintiff regarding the alleged debt through Defendant, ANDREU'S telephone calls to Plaintiff.

21. By virtue of its status as a debt collector, CACH, is vicariously liable to Plaintiff for ANDREU'S violations of the FDCPA. See *Pollice v. National Tax Funding, L.P.*, 225 F.3d 379, 405 (3d Cir. Pa. 2000); *McCorriston v. L.W.T., Inc.*, 2008 U.S. Dist. LEXIS 60006, 11-12 (M.D. Fla. Aug. 7, 2008); *Schutz v. Arrow Fin. Servs., LLC*, 465 F. Supp. 2d 872, 876 (N.D. Ill. 2006).

22. Defendant, ANDREU, left the following messages on Plaintiff's voice mail on his cellular telephone service on or about the dates stated:

> March 5, 2009
> Hi. This message is for Jeffrey Bianchi. My name is Diana. I am calling from the Law Office of Andreu, Palma and Andreu. Please contact me. My phone number is 305-537-0114. My direct extension is 402. If you would like to call me toll free, it is 866-947-8442, extension 402. Thank you.
>
> March 11, 2009 – Pre-Recorded Message
> Please press 1 now. If this is not Jeffrey Bianchi, please press 2.
> This message is for Jeffrey Bianchi. If you are not Jeffrey Bianchi you should not listen to the rest of this message. This is the Law Office of Andreu, Palma and Andreu, a firm which engages in the collection of debt. Please call me toll free at 800-858-8736. Thank you. Goodbye.
>
> March 17, 2009 – Pre-Recorded Message
> Please press 1 now. If this is not Jeffrey Bianchi, please press 2.
> This message is for Jeffrey Bianchi. If you are not Jeffrey Bianchi you should not listen to the rest of this message. This is the Law Office of Andreu, Palma and Andreu, a firm which engages in the collection of debt. Please call me toll free at 800-858-8736. Thank you. Goodbye.
>
> March 25, 2009

Good morning, this message is intended for Jeffrey Bianchi.  If you are not Jeffrey Bianchi, please do not listen to the remainder of the message.  My name is Maria Pisara, legal assistant, calling from the law office of Andreu and Palma.  Please call me toll free at 866-947-8442.  Again, 866-947-8442.  My extension is 404 and I will be available until 8:00 PM Eastern time.  Thank you.

March 27, 2009 – Pre-Recorded Message
Bianchi, please press 1 now.  If this is not Jeffrey Bianchi, please press 2.  This message is for Jeffrey Bianchi.  If you are not Jeffrey Bianchi, you should not listen to the rest of this message.  This is the law office of Andreu, Palma and Andreu a firm which engages in the collection of debt.  Please call me toll free at 800-858-8736.  Thank you.  Goodbye.

April 7, 2009 – Pre-Recorded Message
Please press 1 now.  If this is not Jeffrey Bianchi, please press 2.  This message is for Jeffrey Bianchi, if you are not Jeffrey Bianchi, you should not listen to the rest of this message.  This is the law office of Andreu, Palma and Andreu, a firm which engages in the collection of debt.  Please call me toll free at 800-858-8736.  Thank you.  Goodbye.

April 9, 2009
Good afternoon, this message is for Jeffrey.  If you are not Jeffrey, please do not listen to the remainder of the message.  My name is Maria Pisara, legal assistant, calling from the law office of Andreu and Palma.  Please give call me, toll free at 866-947-8442.  Again, 866-947-8442.  My extension is 404 and I will be available until 8:00 PM, Eastern Time.  Thank you.

April 10, 2009 – Pre-Recorded Message
Good morning, this message is for Jeffrey.  If you are not Jeffrey, please do not listen to the remainder of the message.  My name is Maria Pisara, legal assistant, calling from the law office of Andreu and Palma.  Please call me, toll free at 866-947-8442.  Again, 866-947-8442.  My extension is 404 and I will be available until 8:00 PM, Eastern Time.  Thank you.

April 14, 2009
Pre-Recorded Message: …With you shortly. (Music) Please continue to hold your call is very important to us.  We will be with you shortly. (Music) Please continue to hold your call is very important to us.  We will be with you shortly. (Music)  Please continue to hold.

Human Caller: Hi, is Jeffrey available?  Hello?
Pre-Recorded Message: Goodbye.

April 16, 2009 – Pre-Recorded Message
Please press 1 now.  If this is not Jeffrey Bianchi, please press 2.  This message is for Jeffrey Bianchi.  If you are not Jeffrey Bianchi, you should not listen to the rest of this message.  This is the law office of Andreu, Palma and Andreu a firm which engages in the collection of debt.  Please call me toll free at 800-858-8736.  Thank you.  Goodbye.

April 19, 2009 – Pre-Recorded Message
Please press 1 now.  If this is not Jeffrey Bianchi, please press 2.  This message is for Jeffrey Bianchi.  If you are not Jeffrey Bianchi, you should not listen to the rest of this message.  This is the law office of Andreu, Palma and Andreu a firm which engages in the collection of debt.  Please call me toll free at 800-858-8736.  Thank you.  Goodbye.

April 21, 2009 – Pre-Recorded Message
Please press 1 now.  If this is not Jeffrey Bianchi, please press 2.  This message is for Jeffrey Bianchi.  If you are not Jeffrey Bianchi, you should not listen to the rest of this message.  This is the law office of Andreu, Palma and Andreu a firm which engages in the collection of debt.  Please call me toll free at 800-858-8736.  Thank you.  Goodbye.

April 30, 2009
Good morning, this message is for Jeffrey.  If you are not Jeffrey, please do not listen to the remainder of the message.  My name is Maria Pisara, legal assistant, calling from the law office of Andreu and Palma.  Please give me a call, toll free at 866-947-8442.  Again, 866-947-8442.  My extension is 404 and I will be available until 8:00 PM, Eastern Time.  Thank you.

May 5, 2009 – Pre-Recorded Message
Please press 1 now. If this is not Jeffrey Bianchi, please press 2. This message is for Jeffrey Bianchi. If you are not Jeffrey Bianchi, you should not listen to the rest of this message. This is the law office of Andreu, Palma and Andreu a firm which engages in the collection of debt. Please call me toll free at 800-858-8736. Thank you. Goodbye.

May 17, 2009 – Pre-Recorded Message

Please press 1 now. If this is not Jeffrey Bianchi, please press 2. This message is for Jeffrey Bianchi. If you are not Jeffrey Bianchi, you should not listen to the rest of this message. This is the law office of Andreu, Palma and Andreu a firm which engages in the collection of debt.  Please call me toll free at 800-858-8736. Thank you. Goodbye.

May 26, 2009
Pre-Recorded Message: (Music) Please continue to hold, your call is very important to us, we will be with you shortly. (Music) Please continue to hold, your call is very important to us, we will be with you shortly. (Music) Please continue to hold, your call is very important to us, we will be with you shortly. (Music) Please continue to hold, your call is very important to us, we will be with you shortly. (Music)
Human Caller: Hi is Jeffery available?
Pre-Recorded Message: Goodbye.

May 28, 2009 – Pre-Recorded Message
Please press 1 now. If this is not Jeffrey Bianchi, please press 2. This message is for Jeffrey Bianchi. If you are not Jeffrey Bianchi, you should not listen to the rest of this message. This is the law office of Andreu, Palma and Andreu a firm which engages in the collection of debt.  Please call me toll free at 800-858-8736. Thank you. Goodbye.

June 10, 2009
Good Morning this message is intended for Jeffrey Bianchi. If you are not Jeffrey Bianchi, please do not listen to the remainder of this message. My name is Elaine Mahia, legal assistant calling from the law office of Andreu and Palma a firm which specializes in the collect of debt. Please call me toll free at 866-947-8442, once again 866-947-8442, my extension is 405. I will be available until 8:00 PM Eastern Time. Thank you.

June 11, 2009
This message is intended for Jeffrey Bianchi. If you are not Jeffrey Bianchi, please do not listen to the remainder of this message. My name is Valerie Farcus, legal assistant calling from the law office of Andreu and Palma a firm which specializes in the collect of debt. Please call me toll free at 1-866-947-8442, again 1-866-947-8442. I will be available until 8:00 PM and my extension is 406. Thank you.

June 12, 2009

This message is intended for Jeffrey Bianchi. If you are not Jeffrey Bianchi, please not listen to the remainder of this message. My name is Valerie Farcus, legal assistant calling from the law office of Andreu and Palma a firm which specializes in the collect of debt. Please call me toll free at 1-866-947-8442, again that is 1-866-947-8442. I will be available until 8:00 PM and my extension is 406. Thank you.

<u>June 18, 2009 – Pre-Recorded Message</u>
Please press 1 now. If this is not Jeffrey Bianchi, please press 2. This message is for Jeffrey Bianchi. If you are not Jeffrey Bianchi, you should not listen to the rest of this message. This is the law office of Andreu, Palma and Andreu a firm which engages in the collection of debt.  Please call me toll free at 800-858-8736. Thank you. Goodbye.

<u>July 6, 2009</u>
This message is intended for Jeffrey Bianchi. If you are not Jeffrey Bianchi, please do not listen to the remainder of this message. My name is Valerie Farcus, legal assistant calling from the law office of Andreu and Palma a firm which specializes in the collect of debt. Please call me toll free at 1-866-947-8442 again that is-1-866-947-8442. I will be available until 8:00 PM and my extension is 406. Thank you.

<u>July 8, 2009 – Pre-Recorded Message</u>
Please press 1 now. If this is not Jeffrey Bianchi, please press 2. This message is for Jeffrey Bianchi. If you are not Jeffrey Bianchi, you should not listen to the rest of this message. This is the law office of Andreu, Palma and Andreu a firm which engages in the collection of debt.  Please call me toll free at 800-858-8736. Thank you. Goodbye.

23.     Defendant, ANDREU, left similar or identical messages for Plaintiff on other occasions. (Collectively, "the telephone messages").

24.     The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div</u>., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

8

25. Defendant, ANDREU, failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of its messages.

26. Defendant, ANDREU, placed an excessive number of calls to Plaintiff.

27. Defendant, ANDREU, knew it was required to disclose that it is a debt collector and the purpose of its communication in telephone messages to Plaintiff.

28. ANDREU, acting on behalf of Defendant, CACH, used an automatic telephone dialing system or an artificial or pre-recorded voice to place telephone calls to Plaintiff's cellular telephone without Plaintiff's prior express consent.

29. Defendant, ANDREU, willfully or knowingly violated the TCPA.

30. As assignee of the original creditor, Defendant, CACH, is liable to Plaintiff for ANDREU'S violation of the TCPA and its regulations. See paragraph 10, *In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 2008 WL 65485, 23 F.C.C.R. 559, 23 FCC Rcd. 559, 43 Communications Reg. (P&F) 877 (F.C.C. Jan 04, 2008).

31. None of the telephone calls to Plaintiff were placed for "emergency purposes" as defined in the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

32. Plaintiff incorporates Paragraphs 1 through 31.

33. Defendant, ANDREU, failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection Servs.*, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

   a. Damages;

   b. Attorney's fees, litigation expenses and costs of suit; and

   c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

34. Plaintiff incorporates Paragraphs 1 through 31.

35. Defendant, ANDREU, placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose that it is a debt collector and or the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F.

10

Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## EXCESSIVE CALLING IN VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

36.    Plaintiff incorporates Paragraphs 1 through 31.

37.    Defendant, ANDREU, caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs*., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV

## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

38.   Plaintiff incorporates Paragraphs 1 through 31.

39.   Defendant, ANDREU, engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

   a.   Damages;

   b.   Attorney's fees, litigation expenses and costs of suit; and

   c.   Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

40.   Plaintiff incorporates Paragraphs 1 through 31.

41.   By failing to disclose that it is a debt collector, and the purpose of its communication, and by using an automatic telephone dialing system or an artificial or pre-recorded voice to place calls to a cellular telephone service without prior express consent, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass Plaintiff, Defendant, ANDREU, willfully

engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendants' practices violate the FCCPA;

    d.    permanently injoining Defendants from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## COUNT VI
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

42.    Plaintiff incorporates Paragraphs 1 through 31.

43.    Defendant, ANDREU, and other debt collectors acting on behalf of Defendant, CACH, placed telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or an artificial or pre-recorded voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

44.    As assignee of the original creditor, Defendant, CACH, is liable to Plaintiff for ANDREU'S violation of the TCPA and its regulations. See paragraph 10, *In the Matter of Rules and Regulations Implementing the Telephone Consumer*

*Protection Act of 1991*, 2008 WL 65485, 23 F.C.C.R. 559, 23 FCC Rcd. 559, 43 Communications Reg. (P&F) 877 (F.C.C. Jan 04, 2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a.    Damages;

    b.    a declaration that Defendants' calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendants from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of Plaintiff; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
> By: s/ Donald A. Yarbrough
>     Donald A. Yarbrough, Esq.
>     Florida Bar No. 0158658